## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :  No. 1:26-CR- 00068

    v.  :

[1] DAVID ELIEZER PAGAN,  :  (Judge Neary          )
[2] RAMON ANTONIO PAGAN-
ACOSTA, and  :
[3] FLORIVETTE SANTIAGO-  :
RIVERA,
    Defendants.  :

**FILED**
HARRISBURG, PA

APR 0 1 2026

PER_____
DEPUTY CLERK

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
18 U.S.C. § 371
(Conspiracy)

#### INTRODUCTION

At times material to this Indictment:

1.  Defendant David Eliezer PAGAN resided in the State of California.

2.  Defendant Ramon Antonio PAGAN-ACOSTA resided in the Commonwealth of Pennsylvania.

3.  Defendant Florivette SANTIAGO-RIVERA resided in the Commonwealth of Pennsylvania.

4.      United Parcel Service, Inc. ("UPS") was a company that provided shipping and courier delivery services in the United States.

5.      Cash App was a mobile financial platform developed by Block, Inc. that allowed users to send and receive money using a "Cashtag" (or username), phone number, and email address.

### THE CONSPIRACY AND ITS OBJECTS

6.      From on or about October 16, 2023, and continuing to on or about April 9, 2025, in Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendants,

**[1] DAVID ELIEZER PAGAN,**
**[2] RAMON ANTONIO PAGAN-ACOSTA, and**
**[3] FLORIVETTE SANTIAGO-RIVERA,**

knowingly and intentionally combined, conspired, confederated, and agreed with each other, and with others known and unknown to the Grand Jury, to commit an offense against the United States, that is:

a. To engage in the business of dealing in firearms without a license and in the course of such business to ship, transport, and receive a firearm in interstate commerce, in violation of Title 18, United States Code, Section 922(a)(1)(A);

2

b. To transfer, sell, trade, give, and deliver a firearm without a license to a person who the transferor knew and had reasonable cause to believe did not reside in the State in which the transferor resided, in violation of Title 18, United States Code, Section 922(a)(5); and,

c. To knowingly make a false and fictitious written statement in connection with the acquisition of a firearm from a licensed dealer of firearms that was intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale and other disposition of such firearm, in violation of Title 18, United States Code, Section 922(a)(6).

## MANNER AND MEANS OF THE CONSPIRACY

7.    It was a part of the conspiracy that David Eliezer PAGAN provided money through Cash App to Ramon Antonio PAGAN-ACOSTA and Florivette SANTIAGO-RIVERA, for the purpose of acquiring and purchasing firearms, primarily pistols.

3

8.   It was further a part of the conspiracy that Ramon Antonio PAGAN-ACOSTA and Florivette SANTIAGO-RIVERA acquired and purchased firearms directly from, and in private transfers through, licensed dealers of firearms in Pennsylvania counties within the Middle District of Pennsylvania and the Eastern District of Pennsylvania, including Adams, Cumberland, Dauphin, Lancaster, and York.

9.   It was further a part of the conspiracy that, when acquiring and purchasing firearms, Ramon Antonio PAGAN-ACOSTA and Florivette SANTIAGO-RIVERA attested that they were the actual buyer and transferee of the firearms, knowing that the firearms were intended for and would be transferred and shipped to David Eliezer PAGAN and Ramon Antonio PAGAN-ACOSTA.

10.   It was further a part of the conspiracy that Ramon Antonio PAGAN-ACOSTA shipped packages that contained firearms from Pennsylvania that were addressed to a false name at the California residence of David Eliezer PAGAN.

4

OVERT ACTS

11.    In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Middle District of Pennsylvania and elsewhere:

a.    Between on or about October 16, 2023, and May 17, 2024, David Eliezer PAGAN sent payments through Cash App, to the Cash App account of Ramon Antonio PAGAN-ACOSTA, including the following:

| Amount (approximate) | Transaction Date (on or about) |
|---|---|
| $125 | October 16, 2023 |
| $1,000 | October 18, 2023 |
| $275 | October 26, 2023 |
| $1,000 | November 17, 2023 |
| $500 | December 8, 2023 |
| $600 | December 15, 2023 |
| $150 | December 20, 2023 |
| $1,350 | December 31, 2023 |
| $500 | January 13, 2024 |
| $700 | January 22, 2024 |

5

| $600 | January 25, 2024 |
|---|---|
| $700 | February 2, 2024 |
| $500 | March 3, 2024 |
| $500 | March 4, 2024 |
| $1,125 | March 19, 2024 |
| $1,200 | April 1, 2024 |
| $1000 | April 29, 2024 |
| $300 | May 7, 2024 |
| $330 | May 17, 2024 |

b.      Between on or about February 4, 2024, and July 28, 2024, David Eliezer PAGAN sent payments through Cash App, to the Cash App account of Florivette SANTIAGO-RIVERA, including the following:

6

| Amount (approximate) | Transaction Date (on or about) |
| --- | --- |
| $500 | July 3, 2024 |
| $120 | July 8, 2024 |
| $200 | July 21, 2024 |
| $800 | July 28, 2024 |

c.    Between on or about October 19, 2023, and February 27, 2025, Ramon Antonio PAGAN-ACOSTA acquired and purchased firearms from and through licensed dealers of firearms within the Middle District of Pennsylvania and the Eastern District of Pennsylvania, including the following:

| Firearms | Purchase (on or about) |
|---|---|
| Polymer 80 P80 9mm (serial number CA 13685) | October 19, 2023 |
| Glock 17 Gen2 9mm pistol (serial number AMR103US) | November 4, 2023 |
| Polymer80 PFC9 9mm pistol (serial number CA49300) | November 9, 2023 |
| HK MP5 .22LR pistol (serial number HD050312) | November 13, 2023 |
| Glock 19X 9mm pistol (serial number CATE251) | November 13, 2023 |
| Glock 26 9mm pistol (serial number BRRR031) | November 25, 2023 |
| Glock 26 9mm pistol (serial number BHXL231) | December 6, 2023 |
| Glock 23 .40 caliber pistol (serial number CBPU159) | December 19, 2023 |
| Zavasta Arms model PAP M92 7.62x39 caliber pistol (serial number M92PV001843) | December 27, 2023 |
| Glock 43 9mm pistol (serial number AFEU160) | January 1, 2024 |
| Glock 23G2 .40 caliber (serial number BTM717US) | January 1, 2024 |
| Glock 19Gen5 9mm pistol (serial number BUPU037) | January 6, 2024 |
| Glock 19 9mm pistol (serial number UHK077) | January 20, 2024 |
| Glock 19 9mm pistol (serial number BPWE224) | January 24, 2024 |
| Interarms Sporter 7.62x39 rifle (serial number 34530) | January 30, 2024 |
| Glock 30S .45 caliber pistol (serial number BYDK001) | January 31, 2024 |

| | |
|---|---|
| Glock 23 .40 caliber pistol (serial number TNC729) | February 1, 2024 |
| Romarm Draco Micro 7.62x39 caliber pistol (serial number PMD-43289) | February 2, 2024 |
| Glock 43X 9mm pistol (serial number AHYC844) | February 6, 2024 |
| Glock G26 Gen5 9mm pistol (serial number AHBH019) | February 6, 2024 |
| Glock 23Gen4 .40 caliber pistol (serial number XXW677) | March 13, 2024 |
| Glock 30 .45 caliber pistol (serial number BMBW886) | March 14, 2024 |
| Springfield XD-40 .40 caliber pistol (serial number MG338835) | March 18, 2024 |
| Glock 19X 9mm pistol (serial number AFBE056SL) | March 22, 2024 |
| American Tactical Omni 5.56 caliber pistol (serial number NS368586) | April 4, 2024 |
| Glock 20Gen4 10mm pistol (serial number BXRY171) | April 12, 2024 |
| Glock 20Gen5 10 mm pistol (serial number BZVG648) | April 15, 2024 |
| Canik TP9SF 9mm pistol (serial number T647221AT32747) | April 26, 2024 |
| Glock 22 .40 caliber pistol (serial number SDM684) | April 28, 2024 |
| Glock 27Gen4 .40 caliber pistol (serial number BLXZ202) | June 14, 2024 |
| Springfield XDM Elite 9mm pistol (serial number BA302265) | July 5, 2024 |
| S&W SD40VE .40 caliber pistol (serial number HEJ3110) | July 6, 2024 |

| Springfield XD-45 .45 caliber pistol (serial number US648846) | July 14, 2024 |
|---|---|
| Springfield XDM 9mm pistol (serial number MG846097) | August 12, 2024 |
| S&W SDV9E 9mm pistol (serial number FXB0527) | September 19, 2024 |
| Glock 27Gen4 .40 caliber pistol (serial number BBTX711) | February 27, 2025 |
| ATI model Milsport 5.56 caliber rifle (serial number MSA14186) | February 27, 2025 |

d.      On or about August 12, 2024, when Ramon Antonio PAGAN-ACOSTA purchased a Springfield XDM 9mm pistol (serial number MG846097), he identified himself on ATF Form 4473 as the actual buyer and transferee.

e.      Between on or about January 3, 2024, and April 26, 2024, Florivette SANTIAGO-RIVERA purchased firearms from and through licensed dealers of firearms, including the following:

| Firearms | Date (on or about) |
|---|---|
| Glock 23 Gen4 .40 caliber pistol (serial number WDZ889) | January 3, 2024 |
| Glock 43X 9mm pistol (serial number BZDH298) | January 3, 2024 |
| Glock 43X 9mm pistol (serial number CBGN427) | January 5, 2024 |
| Sig Sauer 365X 9mm pistol (serial number 66F830412) | February 29, 2024 |

| Glock 27 .40 caliber pistol (serial number CBF070US) | March 14, 2024 |
|---|---|
| Glock 23 .40 caliber pistol (serial number BSRF981) | April 26, 2024 |

f.      On or about January 3, 2024, when Florivette SANTIAGO-RIVERA purchased a Glock 23 Gen4 .40 caliber pistol (serial number WDZ889), she identified herself on ATF Form 4473 as the actual buyer and transferee.

g.      On or about December 9, 2023, Ramon Antonio PAGAN-ACOSTA shipped a package labeled "gift," from a UPS store. The package weighed approximately three pounds and was shipped to "George Castillo," at the California address of David Eliezer PAGAN.

h.      On or about December 9, 2023, Ramon Antonio PAGAN-ACOSTA mailed a package labeled "clothing," from a UPS store. The package weighed approximately one pound and was shipped to "George Castillo," at the California address of David Eliezer PAGAN.

i.      On or about January 9, 2024, Ramon Antonio PAGAN-ACOSTA mailed a package labeled "car parts," from a UPS store. The package weighed approximately seven pounds and was shipped to "George Castillo," at the California address of David Eliezer PAGAN.

11

j.      On or about February 7, 2024, Ramon Antonio PAGAN-ACOSTA mailed a package labeled "car parts," from a UPS store. The package weighed approximately six pounds and was shipped to "George Castillo," at the California address of David Eliezer PAGAN.

k.      On or about April 30, 2024, Ramon Antonio PAGAN-ACOSTA mailed a package labeled "pet supplies" from a UPS store. The package weighed approximately 13 pounds and was shipped to "George Castillo," at the California address of David Eliezer PAGAN.

All in violation of Title 18, United States Code, Section 371.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
18 U.S.C. § 932(b)(1)
(Conspiracy to Straw Purchase a Firearm)

12.     From on or about October 16, 2023, and continuing to on or about April 9, 2025, in Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendants,

[1] DAVID ELIEZER PAGAN and
[2] RAMON ANTONIO PAGAN-ACOSTA,

knowingly and intentionally combined, conspired, confederated, and agreed with each other, and with others known and unknown to the Grand Jury, to purchase a firearm, in and otherwise affecting interstate and foreign commerce, for, on behalf of, and at the request and demand of David Eliezer PAGAN, knowing and having reasonable cause to believe that David Eliezer PAGAN had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Sections 932(b)(1) and (c)(1).

THE GRAND JURY FURTHER CHARGES:

COUNT 3
18 U.S.C. §§ 933(a)(1), (a)(3)
(Conspiracy to Traffic a Firearm)

13.    From on or about October 16, 2023, and continuing to on or about April 9, 2025, in Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendants,

[1] DAVID ELIEZER PAGAN and
[2] RAMON ANTONIO PAGAN-ACOSTA,

13

knowingly and intentionally combined, conspired, confederated, and agreed with each other, and with others known and unknown to the Grand Jury, to ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm to David Eliezer PAGAN, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by David Eliezer PAGAN would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 4**
18 U.S.C. § 922(a)(1)(A); 18 U.S.C. § 2
(Engaging in the Business of Firearms without a License; Aid and Abet)

14. From on or about October 16, 2023, and continuing to on or about April 9, 2025, in Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendants,

[1] DAVID ELIEZER PAGAN and
[2] RAMON ANTONIO PAGAN-ACOSTA,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, and in the course of such business shipped, transported, and received a firearm in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D) and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 5
18 U.S.C. § 922(a)(6); 18 U.S.C. § 2
(False Statement During Purchase of a Firearm; Aid and Abet)

15. On or about January 3, 2024, in Adams County, Pennsylvania, within the Middle District of Pennsylvania, the defendants,

[1] DAVID ELIEZER PAGAN,
[2] RAMON ANTONIO PAGAN-ACOSTA, and
[3] FLORIVETTE SANTIAGO-RIVERA,

in connection with the acquisition of a firearm, to wit, a Glock 23 Gen4 .40 caliber pistol (serial number WDZ889), from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed

15

dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that Florivette SANTIAGO-RIVERA represented on an ATF Form 4473 that she was the actual buyer and transferee of said firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## FORFEITURE ALLEGATION

16.    The allegations contained in Counts 1 through 5 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), Title 18, United States Code, 934(a)(1)(A), and Title 18, United States Code, Section 924(d).

17.   Pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), Title 18, United States Code, 934(a)(1)(A), and Title 18, United States Code, Section 924(d), upon conviction of the offenses in violation of Title 18, United States Code, Section 371, Title 18, United States Code, Section 932(b)(1), Title 18, United States Code, 933(a)(1), and Title 18, United States Code, Section 922(a)(1)(A), the defendants,

**[1] DAVID ELIEZER PAGAN,**
**[2] RAMON ANTONIO PAGAN-ACOSTA, and**
**[3] FLORIVETTE SANTIAGO-RIVERA,**

shall forfeit to the United States of America any property which constitutes or is derived from proceeds traceable to the offense; and any firearms or ammunition involved in the criminal offense.

18.   By virtue of the commission of the offenses charged in Counts 1 through 5 of this Indictment by the defendants,

**[1] DAVID ELIEZER PAGAN,**
**[2] RAMON ANTONIO PAGAN-ACOSTA, and**
**[3] FLORIVETTE SANTIAGO-RIVERA,**

17

any and all right, title, and interest the defendants may have had in any of the property involved in or traceable to the offenses alleged in Counts 1 through 5 of this Indictment is vested in the United States and is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), Title 18, United States Code, 934(a)(1)(A), and Title 18, United States Code, Section 924(d).

19.    If any of the property involved in or traceable to the offenses alleged in Counts 1 through 5 of this Indictment, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), Title 18, United States Code, 934(a)(1)(A), and Title 18, United States Code, Section 924(d).

**A True Bill**

FOREPERSON

BRIAN D. MILLER
United States Attorney

K. WESLEY MISHOE
Assistant United States Attorney

4-1-26

Date

19